**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
<u>Plaintiff-Appellee,</u>

v.                                                      No. 95-5769

VINCENT B. BEST,
<u>Defendant-Appellant.</u>

Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Robert D. Potter, Senior District Judge.
(CR-93-216-P)

Submitted: June 19, 1997

Decided: July 3, 1997

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER,
Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North
Carolina, for Appellant. Mark T. Calloway, United States Attorney,
Gretchen C. F. Shappert, Assistant United States Attorney,
Charlotte,
North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Appellant filed an untimely notice of appeal. Counsel has filed a
brief in accordance with Anders v. California, 386 U.S. 738 (1967),
and Appellant has filed a pro se supplemental brief. We dismiss the
appeal for lack of jurisdiction. The time periods for filing
notices of
appeal are governed by Fed. R. App. P. 4. These periods are "manda-
tory and jurisdictional." Browder v. Director, Dep't of
Corrections,
434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361
U.S. 220, 229 (1960)). A criminal defendant has ten days within
which to file in the district court a notice of appeal from entry
of judg-
ment. Fed. R. App. P. 4(b). The only exception to the appeal period
is when the district court extends the time to appeal for a showing
of
excusable neglect for a period not to exceed thirty days from the
expi-
ration of the time otherwise prescribed by the rule. Fed. R. App.
P.
4(b).

The district court entered its judgment on October 3, 1994; Appel-
lant's notice of appeal was filed on September 14, 1995, which is
beyond the ten-day appeal period. Appellant's failure to note a
timely
appeal or obtain an extension of the appeal period leaves this
court
without jurisdiction to consider the merits of Appellant's appeal.
We
therefore dismiss the appeal and deny Best's motions to file an
amendment to the supplemental brief and for leave to proceed and
amend the supplemental brief.

This Court requires that counsel inform his client, in writing, of
his
right to petition the Supreme Court of the United States for
further
review. If the client requests that a petition be filed, but
counsel
believes that such a petition would be frivolous, then counsel may
move in this court for leave to withdraw from representation. Coun-
sel's motion must state a copy thereof was served on the client.

2

We dispense with oral argument because the facts and legal conten-
tions are adequately presented in the materials before the court
and
argument would not aid the decisional process.

DISMISSED

3